No. 95–538. DOLENZ v. NATIONWIDE INDEMNITY INSURANCE Co. C. A. 5th Cir. Certiorari denied.

No. 95–539. ELIE ET AL. v. BROXMEYER. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 95–541. CARPENTER v. CONDON, ATTORNEY GENERAL OF SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 95–546. MILWAUKEE METROPOLITAN SEWERAGE DISTRICT v. S. A. HEALY CO. C. A. 7th Cir. Certiorari denied.

No. 95–549. DUMAS ET AL. v. PLAYBOY ENTERPRISES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–550. PRINCE GEORGE'S COUNTY, MARYLAND v. 11126 BALTIMORE BOULEVARD, INC., T/A WARWICK BOOKS. C. A. 4th Cir. Certiorari denied.

No. 95–551. SEARS ROEBUCK & CO. v. U. S. PHILIPS CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 95–552. HARFORD COUNTY, MARYLAND v. CHESAPEAKE B & M, INC., T/A HIGHWAY CRAFT, GIFT & BOOK STORE. C. A. 4th Cir. Certiorari denied.

No. 95–553. ROWLAND v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 95–555. JACKSON v. OFFICE OF DISCIPLINARY COUNSEL. Sup. Ct. Pa. Certiorari denied.

No. 95–562. MAXWELL v. E-SYSTEMS, INC. C. A. 4th Cir. Certiorari denied.

No. 95–569. ANDRISANI v. WISCOT ET AL. C. A. 9th Cir. Certiorari denied.